**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Genetta Isreal v. Larry Scott, Shapree Stoneham, Venus Scott, Pamela Metoyer, Jacqueline Miller

Appellate case number:      01-19-00924-CV

Trial court case number:      2010-45199

Trial court:      257th District Court of Harris County

On November 21, 2019, appellant, Genetta Isreal, filed an affidavit of indigence in the trial court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(b)(1). On December 18, 2019, the district clerk filed the clerk's record. The record reflects that no contest to the affidavit of indigence was filed. *See id.* Therefore the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See id.*

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

The trial court clerk is **ORDERED** to provide a complete copy of the clerk's record and the reporter's record to appellant without charge. *See* TEX. R. CIV. P. 145.

Judge's signature: _____/s/ Sherry Radack\_\_\_
                 ☑ Acting individually      ☐ Acting for the Court

Date: \_\_\_January 14, 2020\_\_